# UNITED STATES DISTRICT COURT

## for the

## District of Connecticut

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 0205 3:07CR00235-001 (RNC) |
| Laird C. Yard | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without necessary delay

*(name of person to be arrested)*  Laird C. Yard

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
The defendant failed to notify the Probation Officer of having a search warrant being conducted at his residence.

Date: July 12, 2012

*Issuing officer's signature*

City and state: Select Location  Hartford

Barbara Sunbury, Deputy Clerk
*Printed Name and Title*

☐ INSTRUCTIONS: Check this box to lock fields when completed. Issuing Officer is the Clerk of Court

## Return

This warrant was received on *(date)* 7/12/12, and the person was arrested on *(date)* 7/26/12

at *(city and state)* New London, CT

_____
Arresting officer's signature

Date: 7/27/12

Michael Novak, Warrant Coordinator USMS
*Printed name and title*